**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re POINT CENTER FINANCIAL, INC. ) | Case No. SA CV 15-00780-RGK |
| ) | |
| ) | ORDER DISMISSING ACTION FOR |
| ) | LACK OF PROSECUTION |
| ) | |

On June 26, 2015, a "Notice re: Bankruptcy Record Complete, Briefing Schedule and Notice of Entry" was issued. On July 10, 2015, a "Joint Stipulation for Extension of Time to File Appellate Briefs" was filed. The Court granted the stipulation on July 16, 2015, requiring Appellant's Opening Brief to be filed and served by August 11, 2015. Appellant failed to file the Opening Brief.

On August 13, 2015, an Order to Show Cause re Dismissal for Lack of Prosecution was issued. Appellant's response to the Order to Show Cause was due on or before August 17, 2015. Appellant has failed to respond to the Order to Show Cause, therefore, the matter is dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: August 18, 2015

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE